

# NUMBER 13-18-00360-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JASON AUVENSHINE,                                                              Appellant,

## V.

THE STATE OF TEXAS,                                                              Appellee.

### On Appeal from the 214th District Court
### of Nueces County, Texas.

# ORDER ABATING APPEAL

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Order Per Curiam

This cause is before the Court regarding the preparation of the reporter's record in this cause. The court reporter has notified this Court that appellant has failed to request a reporter's record. Counsel has informed this Court that he was retained for purposes of trial only and has filed a motion to withdraw with the trial court.

This sequence of events requires us to effectuate our responsibility to avoid further

delay and to preserve the parties' rights.  *See* TEX. R. APP. P. 37.3(a)(2).  Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine the following:  1) whether appellant desires to prosecute the appeal; 2) whether appellant is indigent and entitled to court-appointed counsel; 3) whether appellant is entitled to have the reporter's record furnished without charge; 4) if appellant is not entitled to have the reporter's record furnished at no charge, the date appellant will request preparation and make acceptable payment arrangements for the reporter's record; and 5) what orders, if any, should be entered to assure the filing of appropriate notices and documentation to dismiss appellant's appeal if appellant does not desire to prosecute this appeal, or if appellant desires to prosecute the appeal, to assure that the reporter's record will be filed promptly and that the appeal will be diligently pursued.

If the trial court determines that appellant does want to continue the appeal and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal.  If new counsel is appointed, the name, address, email address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

2

PER CURIAM

Delivered and filed this the
14th day of August, 2018.